DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of A.C., S.M., K.C., B.L., and M.L., children.

S.L.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM,

Appellees.

Nos. 2D2023-2393
_____

July 17, 2024

Appeal from the Circuit Court for Hillsborough County; Lisa D. Campbell, Judge.

David J. Joffe of Joffe Law, P.A., Ft. Lauderdale, for Appellant.

Mary Soorus, Appellate Counsel, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals and Laura J. Lee, Assistant Director of Appeals, Statewide Guardian ad Litem, Tallahassee, Attorneys for the Statewide Guardian ad Litem o/b/o A.C., S.M., K.C., B.L., and M.L.


PER CURIAM.

Affirmed.

SLEET, C.J., and VILLANTI and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.